IN THE UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GWEN VAUGHN AND
KENEITH D. VAUGHN                                                       PLAINTIFFS

VS.                                               CIVIL ACTION NO.: 4:09cv065-M-S

W. S. BRANDON MORTUARY, LLC,
AR LA MS CREMATORY SOCIETY,
RON Y. JOHNSON AND JOHN DOES (1-5)                                      DEFENDANTS

## AGREED ORDER GRANTING AR LA MS CREMATORY SOCIETY AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

CAME ON THIS DAY for hearing the *ore tenus* Motion of AR LA MS Crematory Society, one of the defendants herein, for an extension of time in which to Answer or otherwise plead, and the Court, noting that plaintiffs' counsel is in agreement and has no objection to the relief sought herein, finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that AR LA MS Crematory Society is granted an additional thirty (30) days from August 27, 2009, in which to file an Answer or other responsive pleading, thereby making AR LA MS Crematory Society's response due to be served on September 28, 2009.

SO ORDERED AND ADJUDGED, this the 24th day of September, 2009.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE