IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

GWEN VAUGHN AND                                                         PLAINTIFF
KENEITH D. VAUGHN

VS.                                                                     CAUSE NO. 4:09-CV-65-MPM-DAS

W.S. BRANDON MORTUARY, LLC,
AR LA MS CREMATORY SOCIETY,
RON Y. JOHNSON AND JOHN DOES (1-5)                                      DEFENDANTS

## ORDER

This matter is before the court on motion of the plaintiff for substitution of a party defendant (#13). After considering the motion, the court finds it to be well taken.

IT IS, THEREFORE, ORDERED that the plaintiff's motion for substitution of a party defendant (#13) is hereby GRANTED. Mortimer Funeral Home, Inc. d/b/a AR LA MS Crematory Society will now replace defendant AR LA MS Crematory Society.

SO ORDERED, this the 29th day of September 2009.

/s/David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**